This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**MELINDA BACA,**

      Worker-Appellant,

v.                                                                                No. 29,727

**KARSTEN HOMES and**
**FIDELITY & GUARANTY CO.,**

      Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Terry S. Kramer, Workers' Compensation Judge**

Chavez Law Offices
Gene N. Chavez
Albuquerque, NM

for Appellant

Doughty & West
Judd C. West
Albuquerque, NM

for Appellees

# MEMORANDUM OPINION

**Bustamante, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Chief Judge**

_____

**MICHAEL E. VIGIL, Judge**